JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON HUGHES,<br>　　　　　　Plaintiff,<br>　　v.<br>CITY OF LOS ANGELES, a municipal entity; and OFFICER TERRANCE CROSS,<br><br>　　　　　　Defendants. | Case No. 2:21-CV-06160-SPG-AJR<br><br>**JUDGMENT** |

This matter came before the Court for a jury trial on Plaintiff Clinton Hughes's ("Plaintiff") claims for a violation of 42 U.S.C. § 1983; a violation of the California Bane Act; battery by law enforcement, in violation of California law; and negligent use of non-deadly force by law enforcement, in violation of California law.  A jury was empaneled on December 2, 2025.  On December 9, 2025, the jury rendered a verdict for Defendants City of Los Angeles and Terrance Cross on all counts.

**THEREFORE, IT IS ORDERED** that **JUDGMENT** is hereby entered in favor of Defendants City of Los Angeles and Terrance Cross.

**IT IS SO ORDERED**

DATED:  December 23, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE